ALFONSO D'AMORE, Respondent, v. LARRY CARELLO and Another, Appellants.*— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MICHAEL D'AMORE, an Infant, etc., Respondent, v. LARRY CARELLO and Another, Appellants.*— Judgment and order affirmed, with costs. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SEGLIN-HARRISON CONSTRUCTION COMPANY, INCORPORATED, Respondent, v. LOUIS IVERSON, Doing Business under the Firm Name and Style of L. IVERSON COMPANY, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to renew on proper papers. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE ASSOCIATED MASTER PLUMBERS OF ROCHESTER, N. Y., Appellant, v. WARNOCK & ZAHRNDT, INCORPORATED, and Another, Respondents.— Order modified by imposing as terms payment of full costs to the date of motion, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of GEORGE C. RILEY, Appellant, against JAMES T. GEDDES and Others, Constituting the Board of Elections of Erie County, and Others, for the Summary Determination of Various Questions, as Provided by Section 330 of the Election Law.■— Order affirmed, without costs of this appeal to either party. All concur, except Crosby, J., who dissents and votes for reversal on the law on the ground that under section 330, subdivision 2, of the Election Law, the application was not made in time. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN C. HULL and Others, Respondents, v. EDWARD P. SHANNON and Others, Appellants.— Order entered September 30, 1931, amended so as to provide that the defendants shall tax but one bill of plaintiffs' costs and that no defendants' costs shall be taxed against the guardian ad litem. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.■

EDWARD KLEINHAMMER, an Infant, by ARTHUR KLEINHAMMER, His Guardian ad Litem, Respondent, v. WILLIAM HOFFMAN and JACOB HOFFMAN, Appellants.— Order dismissing appeal vacated upon stipulation. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MAURO VALENTI and Another, Appellants, v. VITO SPIATTO and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

* Affd., 258 N. Y. 601.